CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JUL 16 2014

JULIA C. DOOLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONNIE A. NOEL, | CIVIL ACTION NO. 7:14CV00200 |
| Plaintiff, | |
| v. | O R D E R |
| LT. COL. KUMER, ET AL., | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendants. | |

In accordance with the Memorandum Opinion entered this day, it is hereby

O R D E R E D

that the motion for discovery and motion to compel shall be and hereby are DENIED for reasons as set forth in the memorandum opinion.

Further, inasmuch as the motions might be construed as requests for interlocutory relief, said requests are also DENIED.

The Clerk shall send a copy of this order to all parties.

ENTER: This 16th day of July, 2014.

/s/ Glen E. Conrad
Chief United States District Judge