IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 06 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| RONNIE A. NOEL,<br>    Plaintiff, | CASE No. 7:14CV00200 |
| v. | **ORDER** |
| LT. COL. KUMER, et al.,<br>    Defendants. | By: Glen E. Conrad<br>Chief United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that Noel's motion for a preliminary injunction is **DENIED**; Lt. Col. Kumer and Bowles' motion for an extension of time and motion to dismiss are **GRANTED**; claims against the Medical Director are **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); Noel's motion for appointment of specialists is **DENIED as moot**; and the action is **STRICKEN** from the court's active docket.

The Clerk shall send copies of this order and the accompanying memorandum opinion to Noel and counsel for Lt. Col. Kumer and Bowles.

ENTER: This 6th day of October, 2014.

/s/ Glen E. Conrad
Chief United States District Judge